UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN J. JONES, | No. C 07-208 MHP (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JERRY BROWN, California Attorney General, | |
| Respondent. | |

Three pieces of mail sent to petitioner have been returned to the court undelivered and marked "deceased" as the reason for non-delivery. This action for a writ of habeas corpus is dismissed as moot due to petitioner's death. See Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003); McClendon v. Trigg, 79 F.3d 557, 558-59 (7th Cir. 1996).

IT IS SO ORDERED.

DATED: September 21, 2007

Marilyn Hall Patel
United States District Judge